UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Diane L. Thompson, Civil No. 01-1396 JMR/FLN

Plaintiff,

v. **ORDER**

Metropolitan Life Insurance Company,

Defendant.

---

Fay E. Fishman, Esq., for Plaintiff.
Michael F. Cockson, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on March 18, 2001, on Plaintiff's Motion for Sanctions for Failure to Provide Disclosures [#9].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that: Plaintiff's Motion for Sanctions for Failure to Provide Disclosures [#9] is **DENIED.**

DATED: 3/21, 2002

FRANKLIN L. NOEL
United States Magistrate Judge

MAR 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK