UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Diane L. Thompson,

Plaintiff

vs.

Metropolitan Life Insurance Company, a New York Corporation,

Defendant.

Court File No. 01-CV-1396 JEL/JGL

**ORDER EXTENDING DISCLOSURE OF EXPERT WITNESSES**

---

Based upon stipulation of the parties, the deadline for disclosure of expert witnesses is hereby extended to December 1, 2002.

IT IS SO ORDERED.

Dated: Aug. 20, 2002

Chief Magistrate Judge
Jonathan Lebedoff

AUG 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK