UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Diane L. Thompson,

Plaintiff,

vs.

Metropolitan Life Insurance Company, a New York Corporation,

Defendant.

Civil No. 01-CV-1396 ~~JMR/FLN~~ JEL/JGL

CONFIDENTIALITY ORDER

The parties hereto having submitted an executed Confidentiality Agreement,

IT IS HEREBY ORDERED:

1. That MetLife will be producing documents and information pursuant to the Court's Order dated December 12, 2002.

2. That Plaintiff shall keep these documents confidential and not use them in any matter outside of the above-captioned matter.

3. That all Confidential Documents shall not be shared with anyone outside of this litigation, will only be used for purposes of this litigation, and no Confidential Documents will be shared with any individual who does not first agree to be bound by the terms of this Order.

DATED: Jan. 7, 2003

BY THE COURT:

Jonathan Lebedoff
Chief United States Magistrate Judge

FILED JAN 07 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

OFFICE OF THE CLERK
300 S. FOURTH ST., SUITE 202
MINNEAPOLIS, MN 55415

# Clerk's Notice In Re: Protective Order

---

A Protective/ConfidentialityOrder has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

### *Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

### ***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.