UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Diane L. Thompson,

Plaintiff,

vs.

Metropolitan Life Insurance Company, a New York Corporation,

Defendant.

Civil No. 01-CV-1396 ~~JMR/FLN~~ JEL / JGL

**STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND RESCHEDULE TRIAL DATE**

The parties hereto hereby move the court to extend the time to file a Motion for Summary Judgment to May 15, 2003, and continue the trial date to July 15, 2003.

Dated: March 5, 2003

PETERSON, FISHMAN, LIVGARD & CAPISTRANT, P.L.L.P.

Fay Fishman (by Michael Cockson)

Fay E. Fishman, #158446
3009 Holmes Avenue South
Minneapolis, MN 55408
(612) 827-8123

ATTORNEYS FOR PLAINTIFF

Dated: March 5, 2003

FAEGRE & BENSON LLP

Diana Young Morrissey, #147977
Rikke Dierssen-Morice, #237826
Michael F. Cockson, #280549
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

ATTORNEYS FOR DEFENDANT

FILED MAR 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS SO ORDERED.

March 10, 2003

The Honorable Jonathan Lebedoff