**ORDER**

IT IS SO ORDERED.

The Honorable Jonathan Lebedoff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Diane L. Thompson,

Plaintiff,

vs.

Metropolitan Life Insurance Company, a New York Corporation,

Defendant.

**Civil No. 01-CV-1396 ~~JMR/FLN~~ JNE/JGL**

**STIPULATION TO EXTEND THE DEADLINE FOR FILING DISPOSITIVE MOTIONS**

To enable the parties to explore fully an amicable resolution to this matter, the parties hereto hereby move the court to extend the time to bring dispositive motions to June 30, 2003.

Dated: May __, 2003

PETERSON, FISHMAN, LIVGARD & CAPISTRANT, P.L.L.P.

Fay E. Fishman, #158446
3009 Holmes Avenue South
Minneapolis, MN 55408
(612) 827-8123

ATTORNEYS FOR PLAINTIFF

Dated: May 12, 2003

FAEGRE & BENSON LLP

Diana Young Morrissey, #147977
Rikke Dierssen-Morice, #237826
Michael F. Cockson, #280549
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

ATTORNEYS FOR DEFENDANT

MAY 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____