UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Diane L. Thompson,

Plaintiff

vs.

Metropolitan Life Insurance Company, a New York Corporation,

Defendant.

Court File No. 01-CV-1396 ~~NJE~~ JNE/JGL

**STIPULATION TO EXTEND THE DEADLINE FOR FILING DISPOSITIVE MOTIONS**

To enable the parties to complete mediation in this matter, the parties hereto hereby move the court to extend the time to bring dispositive motions to September 15, 2003, and continue the trial date to November 15, 2003.

Dated: 6-20, 2003

PETERSON & FISHMAN, P.L.L.P.

Fay E. Fishman (#158446)
Attorney for Plaintiff
3009 Holmes Avenue South
Minneapolis, Minnesota 55408
Telephone (612) 827-8123

Dated: 6-23, 2003

FAEGRE & BENSON LLP

Diana Young Morrissey, #147977
Rikke Dierssen-Morice, #237826
Michael F. Cockson, #280549
Attorneys for Defendant
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

JUN 24 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS SO ORDERED.

Dated: June 24, 2003

The Honorable Jonathan Lebedoff