**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DIANE L. THOMPSON,

Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

Defendant.

01CV1396 (JNE/JGL)

**ORDER FOR DISMISSAL**

---

The Court having been advised that the above action has been resolved,

**IT IS ORDERED** That this action is hereby dismissed, with prejudice, along with any counterclaims, the Court reserving jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final settlement.

DATED: August 29, 2003.

JOAN N. ERICKSEN, Judge
United States District Court

FILED AUG 27 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS