**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Diane L. Thompson,

Plaintiff,

vs.

Metropolitan Life Insurance Company, a New York Corporation,

Defendant.

**Civil No. 01-CV-1396 JNE/JL**

**STIPULATION TO STRIKE MOTION TO AMEND CLAIMANT**

---

The named parties hereto hereby move the Court to strike the motion filed by Calvin Perry to "amend claimant." The named parties fully and amicably resolved this action in August 2003 and the case has been closed. Having reviewed the motion papers filed by Mr. Perry, both named parties have concluded that Mr. Perry's motion appears have no bearing or relationship to this action. Accordingly, without waiving any arguments regarding whether Mr. Perry is or can be a party to this action or on the merits of his motion, the named parties respectfully request that the Court strike the motion.

Dated: April 14, 2004

PETERSON, FISHMAN, LIVGARD
& CAPISTRANT, P.L.L.P.

Fay Fishman /mfe

Fay E. Fishman, #158446
3009 Holmes Avenue South
Minneapolis, MN 55408
(612) 827-8123

ATTORNEYS FOR PLAINTIFF

Dated: April 14, 2004

FAEGRE & BENSON LLP

Diana Young Morrissey, #147977
Rikke Dierssen-Morice, #237826
Michael F. Cockson, #280549
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

ATTORNEYS FOR DEFENDANT

**ORDER**

IT IS SO ORDERED.

April 16, 2004

The Honorable Jonathan Lebedoff